ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 1:11-MJ-132-01 |
| § | |
| MARIA LOURDES ABUNDIZ § | |

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

On this the 25th day of January 2011, came to be considered Defendant's Motion to Substitute Counsel, and after having considered said motion, the Court finds that the Motion should be and is hereby GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Defendant's Motion to Substitute Counsel is GRANTED and that attorney Rick Canales now be considered attorney of record for the defendant in this cause, and that attorney Oscar De La Fuente, Jr., is discharged from further responsibility. Attorney Rick Canales and Defendant Maria Lourdes Abundez are ORDERED to pay Attorney Oscar De La Fuente, Jr., $1000.00, **instanter**, for services rendered.

Signed on this 25th day of January 2011 at Brownsville, Texas.

Felix Recio
United States Magistrate Judge